# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 14, 2014

Mr. Aristotle N. Rodopoulos
Mr. Noah Wood
WOOD LAW FIRM, LLC
Suite 1800
1100 Main Street
Kansas City, MO  64105

     RE:  14-3286  Kyle Alexander, et al v. FTC, et al

Dear Counsel:

     The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. <u>Please include the short caption and the case number on all correspondence or pleadings submitted to this court.</u>

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     <u>Counsel are directed to review the case caption and notify the clerk's office of any necessary changes</u>.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc:     Ms. Miriam C. Bailey
        Ms. Andrea M. Chase
        Mr. Michael S. Foster
        Ms. Leah Frazier
        Ms. Denise Catherine Halasey
        Ms. Kersten Holzhueter
        Mr. James Morrison Humphrey IV
        Ms. Teresa N. Kosmidis
        Mr. Bryant T. Lamer
        Mr. Braden M. Perry
        Mr. Charles Mark Thomas
        Ms. Ann Thompson
        Ms. Gayle Wambolt
        Ms. Katie Jo New Wheeler
        Ms. Helen Wong

        District Court Case Number:   4:14-cv-00815-BCW

**Caption For Case Number:   14-3286**


Federal Trade Commission

       Plaintiff - Appellee

v.

Eric L. Johnson

       Receiver - Appellee

BF Labs, Inc. a Wyoming corporation, doing business as Butterfly Labs; Darla Drake, an individual; Nasser Ghoseiri, an individual; Sonny Vleisides, an individual

       Defendants - Appellees

------------------------------

Klye Alexander; Dylan Symington

       Movants - Appellants

**Addresses For Case Participants:   14-3286**


Mr. Aristotle N. Rodopoulos
Mr. Noah Wood
WOOD LAW FIRM, LLC
Suite 1800
1100 Main Street
Kansas City, MO  64105

Ms. Miriam C. Bailey
Mr. Michael S. Foster
Mr. James Morrison Humphrey IV
POLSINELLI, PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112-1895

Ms. Andrea M. Chase
Ms. Kersten Holzhueter
Mr. Bryant T. Lamer
Ms. Katie Jo New Wheeler
SPENCER & FANE
Suite 1400
1000 Walnut Street
Kansas City, MO  64106-2140

Ms. Leah Frazier
Ms. Teresa N. Kosmidis
Ms. Helen Wong
FEDERAL TRADE COMMISSION
Office of Policy & Evaluation
600 Pennsylvania Avenue, N.W.
Washington, DC  2058


Mr. Braden M. Perry
KENNYHERTZ & PERRY
Suite 107
7301 Mission Road
Prairie Village, KS  66208

Mr. Charles Mark Thomas
U.S. ATTORNEY'S OFFICE
5510 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Ms. Denise Catherine Halasey
Court Reporter
Room 7430
400 E. Ninth Street
Kansas City, MO  64106

Ms. Gayle Wambolt
Court Reporter
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2689

Ms. Ann Thompson
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106