APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. _____14-3286_____

Kyle Alexander, et al
_____

**vs.**

Federal Trade Commission, et al
_____

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Federal Trade Commission (plaintiff-appellee)

_____

**s/** Michael D. Bergman
_____
**ATTORNEY NAME**

Federal Trade Commission
_____
**FIRM NAME**

600 Pennsylvania Ave., N.W.
_____
**STREET or P.O. BOX**

Washington, DC 20580
_____
**CITY, STATE, ZIP**

(202) 326-3184
_____
**OFFICE  PHONE NUMBER**

(202) 326-2477
_____
**FACSIMILE NUMBER**

mbergman@ftc.gov
_____
**E-MAIL ADDRESS**

### CERTIFICATE OF SERVICE

☑ I hereby certify that on Oct. 17, 2014 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
 SEE ATTACHED Certificate of Service

_____.

s/ Michael D. Bergman
_____

# CERTIFICATE OF SERVICE

Kyle Alexander, et al v. Federal Trade Commission, et al

Miriam C. Bailey
James Morrison Humphrey IV
Polsinelli, PC
Suite 900
900 W. 48th Place
Kansas City, MO 64112-1895

Andrea M. Chase
Kersten Holzhueter
Bryant T. Lamer
Katie Jo New Wheeler
Spencer & Fane
Suite 1400
1000Walnut Street
Kansas City, MO 64106-2140

Michael S. Foster
Polsinelli, PC
Suite 1000
700 W. 47th Street
Kansas City, MO 64112-0000

Braden M. Perry
Kennyhertz & Perry
Suite 107
7301 Mission Road
Prairie Village, KS 66208