APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. 14-3286

Kyle Alexander, et al

vs.

Federal Trade Commission, et al

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Federal Trade Commission (plaintiff-appellee)

s/ David C. Shonka
**ATTORNEY NAME**

Federal Trade Commission
**FIRM NAME**

600 Pennsylvania Ave., N.W.
**STREET or P.O. BOX**

Washington, DC 20580
**CITY, STATE, ZIP**

(202) 326-2436
**OFFICE PHONE NUMBER**

(202) 326-2477
**FACSIMILE NUMBER**

dshonka@ftc.gov
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on Oct. 17, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
SEE ATTACHED Certificate of Service

s/ David C. Shonka

# CERTIFICATE OF SERVICE

Kyle Alexander, et al v. Federal Trade Commission, et al

| | |
|---|---|
| Miriam C. Bailey<br>James Morrison Humphrey IV<br>Polsinelli, PC<br>Suite 900<br>900 W. 48th Place<br>Kansas City, MO 64112-1895 | Andrea M. Chase<br>Kersten Holzhueter<br>Bryant T. Lamer<br>Katie Jo New Wheeler<br>Spencer & Fane<br>Suite 1400<br>1000Walnut Street<br>Kansas City, MO 64106-2140 |
| Michael S. Foster<br>Polsinelli, PC<br>Suite 1000<br>700 W. 47th Street<br>Kansas City, MO 64112-0000 | Braden M. Perry<br>Kennyhertz & Perry<br>Suite 107<br>7301 Mission Road<br>Prairie Village, KS 66208 |